NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JAMES R. SINGLETARY, III,　　　　　)
DOC #U26873,　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　)
　　　　　　Appellant,　　　　　　　)
　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　)　　　Case No. 2D18-1396
　　　　　　　　　　　　　　　　　　)
STATE OF FLORIDA,　　　　　　　　 )
　　　　　　　　　　　　　　　　　　)
　　　　　　Appellee.　　　　　　　 )
_____)

Opinion filed March 20, 2019.

Appeal from the Circuit Court for
Hillsborough County; Nick Nazaretian,
Judge.

Howard L. Dimmig, II, Public Defender, and
Megan Olson, Assistant Public Defender,
Bartow, for Appellant.

James R. Singletary, III
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Blain A. Goff, Assistant
Attorney General, Tampa, for Appellee.


PER CURIAM.


Affirmed.

LaROSE, C.J., MORRIS, and LUCAS, JJ., Concur.